# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

127531

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 127531
COA: 246419
Wayne CC: 02-003922-01

JOEL ANTHONY ALLEN,
      Defendant-Appellant.

_____/

By order of July 14, 2005, the application for leave to appeal the October 12, 2004 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Robinson* (Docket No. 126379). On order of the Court, the case having been decided on May 31, 2006, 475 Mich 1 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023